IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.

NO.  4:25-CR-33-019(CDL)

**KEITH HILL, JR.**

## ORDER

On January 15, 2026, Keith Hill, Jr. appeared before the Court for his Initial Appearance and was released on pretrial supervision with conditions of release. At the time of his appearance, Hill had three pending criminal cases with the Muscogee County, Georgia Superior Court – case numbers SU2023CR2613, SU2023CR2615, and SU2024CR1184. On March 30, 2026, Hill was sentenced on those cases to four years of imprisonment followed by six years of state probation.

As Hill is no longer being supervised in the community and may not be for several years, IT IS HEREBY ORDERED that his pretrial supervision be closed. Should he be released prior to his sentencing in this case, pretrial supervision will resume under the conditions of release previously imposed at his initial appearance.

**SO ORDERED,** this __5th__ day of _____June_____, 2026.

s/  ALFREDA L. SHEPPARD
ALFREDA L. SHEPPARD
U.S. MAGISTRATE COURT JUDGE
MIDDLE DISTRICT OF GEORGIA